# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cornelia Demers-Sborov, | No. CV-15-00467-TUC-FRZ |
| Plaintiff, | **ORDER** |
| v. | |
| Hartford Life and Accident Insurance Company, | |
| Defendant. | |

The parties have settled, and pursuant to the joint stipulation (Doc. 22):

IT IS ORDERED that Plaintiff's Complaint is DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court close this case.

Dated this 20th day of June, 2016.

Frank R. Zapata
**Senior United States District Judge**